AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gordon, Andrew P. | 2. Court or Organization  U.S. District Court, Nevada | 3. Date of Report  05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - active | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Room 6018
Las Vegas, Nevada 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | McDonald Carano wilson LLP - payment to correct error in final buy out of partnership interest paid in prior year | $7,500.00 |
| 2. 2015 | National Institute for Trial Advocacy - teaching | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Faith Lutheran Junior/Senior High School - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | 11/18/15-11/21/15 | Phoenix, AZ | teaching a seminar on depositions | lodging, meals, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Trust #1 | | | | | | | | | |
| 2. | - Wells Fargo Advisors LLC (Cash Accounts) | A | Interest | M | T | | | | | |
| 3. | Wells Fargo (Cash Accounts) | A | Interest | L | T | | | | | |
| 4. | Charles Schwab (Cash Accounts) | A | Interest | N | T | | | | | |
| 5. | Amreican Funds EuroPacific Grownt Fund R5 | | None | | | Sold | 03/13/15 | L | | |
| 6. | Dodge & Cox Stock fund | A | Dividend | | | Sold | 03/13/15 | L | | |
| 7. | Invesco Real Estate Fund | A | Dividend | | | Sold | 03/13/15 | K | | |
| 8. | Microsoft Corp. stock | A | Dividend | J | T | | | | | |
| 9. | Nuveen Interim Duration Muni Bond Fund | A | Interest | | | Sold | 05/14/15 | J | A | |
| 10. | Vanguard LifeStrategy Conservative Growth Fund | | None | | | Sold | 03/13/15 | O | | |
| 11. | Walt Disney stock | A | Dividend | K | T | | | | | |
| 12. | Middlesex, NJ IMPT UTL RV 5.08%C1 SER B GUAR AMBAC JAN99 00 | A | Interest | K | T | | | | | |
| 13. | Franklin Templeton Age-Based 529 - Age 13-16 | | None | L | T | | | | | |
| 14. | iShares MSCI ETF EAFE Minimum Volatility | A | Dividend | J | T | Buy (add'l) | 01/26/15 | J | | |
| 15. | iShares MSCI Singapore ETF | | None | | | Sold | 04/02/15 | J | | |
| 16. | Pimco Exhchange Traded Fund Intermediate Municipal Bond Exchange | B | Interest | L | T | | | | | |
| 17. | Pimco Exhchange Traded Fund Investment Grade Corp. Bond Index E | A | Interest | J | T | Buy (add'l) | 01/26/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Powershares ETF S&P 500 Downside Hedged Portfolio | A | Dividend | | | Sold | 06/09/15 | K | | |
| 19. Vanguard Short Term Tax Exempt Fund Investor SHR | C | Interest | N | T | | | | | |
| 20. Vanguard Small Cap Growth | A | Dividend | J | T | | | | | |
| 21. Vanguard Small Cap Value | A | Dividend | K | T | | | | | |
| 22. Middlesex CO IMPT A 0% UTIL COMB DUE 09/01/16 PERTH AMBOY | A | Interest | K | T | | | | | |
| 23. Accuvest Global Long Short ETF | | None | | | Sold | 08/05/15 | K | | |
| 24. Aflac Inc | A | Dividend | J | T | | | | | |
| 25. Apple | A | Dividend | J | T | Sold (part) | 01/29/15 | J | C | |
| 26. | | | | | Sold (part) | 06/09/15 | J | A | |
| 27. Bed Bath & Beyond | | None | | | Sold | 12/18/15 | J | | |
| 28. Best Buy | A | Dividend | K | T | | | | | |
| 29. Broadcom Class A | A | Dividend | | | Sold | 07/23/15 | K | E | |
| 30. Celgene Corp | | None | J | T | Sold (part) | 01/29/15 | J | B | |
| 31. Cognizant Tech Solutions Class A | | None | K | T | | | | | |
| 32. Copa Holdings SA | A | Dividend | | | Buy | 01/29/15 | K | | |
| 33. | | | | | Sold | 08/19/15 | J | | |
| 34. CVS Health Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EGShares Emerging Markets Consu ETF | A | Dividend | K | T | | | | | |
| 36. Embraer SA FADR 1 ADR Reps | A | Dividend | | | Sold | 07/23/15 | J | | |
| 37. Emerson Electric Co. | A | Dividend | | | Sold | 11/24/15 | J | | |
| 38. Fifth Third Bankcorp | A | Dividend | J | T | | | | | |
| 39. Google Inc. | | None | K | T | | | | | |
| 40. Guggenheim Bulletshares 2018 Corp Bond ETF | A | Interest | J | T | | | | | |
| 41. Guggenheim Bulletshares 2020 Corp Bond ETF | A | Interest | J | T | | | | | |
| 42. Guggenheim Bulletshares 2019 Corp Bond ETF | A | Interest | J | T | | | | | |
| 43. Guggenheim S&P 500 Equalwei Tech ETF | A | Dividend | J | T | | | | | |
| 44. Guggenheim S&P 500 Equalwei Con ETF | A | Dividend | J | T | | | | | |
| 45. Guggenheim S&P 500 Equalwei Eng ETF | A | Dividend | J | T | | | | | |
| 46. Guggenheim S&P 500 Equalwei Fin ETF | A | Dividend | J | T | | | | | |
| 47. Guggenheim S&P 500 Equalwei HC ETF | A | Dividend | J | T | | | | | |
| 48. Guggenheim S&P 500 Equalwei ETF | A | Dividend | J | T | | | | | |
| 49. IShares MSCI Mexico Capped ETF | A | Dividend | | | Buy (add'l) | 04/02/15 | J | | |
| 50. | | | | | Sold | 11/24/15 | K | | |
| 51. IShares MSCI Philippines ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares MSCI Switzerland Capped ETF | A | Dividend | J | T | Buy (add'l) | 04/02/15 | J | | |
| 53. IShares MSCI United Kingdom ETF | A | Dividend | J | T | | | | | |
| 54. IShares National AMT Freemuni ETF | B | Interest | K | T | | | | | |
| 55. iShares 2018 ETF AMT Free Municipal Term | A | Dividend | | | Sold | 02/18/15 | L | A | |
| 56. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 57. Lam Research Corp | A | Dividend | K | T | Sold (part) | 01/29/15 | J | B | |
| 58. Marathon Petroleum Corp. | A | Dividend | K | T | | | | | |
| 59. Michael Kors Hldgs | | None | | | Sold | 08/03/15 | J | | |
| 60. Oracle Corp. | A | Dividend | J | T | | | | | |
| 61. Priceline Group | | None | K | T | | | | | |
| 62. Powershares ETF FTSE RAFI US 1500SML MID | A | Dividend | K | T | Buy (add'l) | 04/02/15 | J | | |
| 63. Qualcom Inc. | A | Dividend | | | Sold | 11/24/15 | J | | |
| 64. Starbucks Corp | A | Dividend | J | T | Sold (part) | 06/19/15 | J | A | |
| 65. Taiwan Semiconductor FADR 1 ADR REPS | A | Dividend | | | Sold | 12/04/15 | K | C | |
| 66. United Healthgroup Inc. | A | Dividend | K | T | Sold (part) | 06/09/15 | J | B | |
| 67. Valero Energy Corp | A | Dividend | K | T | | | | | |
| 68. Valmont Industries | A | Dividend | | | Sold | 08/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 70. Wisdomtree Blombrg US Dol Bul ETF | | None | | | Sold | 10/23/15 | K | C | |
| 71. Wisdomtree Europe HEDGEDEQTY ETF | B | Dividend | K | T | | | | | |
| 72. WW Grainger Inc | A | Dividend | | | Sold | 11/25/15 | J | | |
| 73. XL Group PLC | | None | | | Sold | 02/17/15 | J | B | |
| 74. Franklin Resources Inc. | A | Dividend | | | Sold | 02/17/15 | K | B | |
| 75. Stryker Corp. | A | Dividend | | | Sold | 03/10/15 | K | C | |
| 76. First Trust North American Energy ETF | A | Dividend | J | T | Buy | 08/05/15 | K | | |
| 77. | | | | | Sold (part) | 11/24/15 | K | | |
| 78. IShares Res Real Estate | A | Dividend | J | T | Buy | 10/23/15 | J | | |
| 79. Dicks Sporting Goods | | None | K | T | Buy | 12/18/15 | J | | |
| 80. Gilead Sciences Inc | A | Dividend | K | T | Buy | 03/10/15 | K | | |
| 81. JPMorgan Chase & Co. | | None | K | T | Buy | 10/23/15 | K | | |
| 82. Lazard LTD | A | Distribution | K | T | Buy | 02/17/15 | K | | |
| 83. Robert Half Int'l | | None | K | T | Buy | 12/01/15 | K | | |
| 84. Skyworks Solutions | | None | K | T | Buy | 12/04/15 | K | | |
| 85. T Rowe Price Group | A | Dividend | J | T | Buy | 02/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IShares ETF Ibonds SEP 2019 AMT | A | Dividend | K | T | Buy | 02/18/15 | K | | |
| 87. IShares MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 11/24/15 | L | | |
| 88. IShares Res Real Estate Cap ETF | A | Dividend | K | T | Buy | 10/23/15 | K | | |
| 89. IShares ETF Ibonds Sep 2020 AMT | A | Dividend | L | T | Buy | 02/18/15 | L | | |
| 90. Select Sector Industrial SPDR ETF | A | Dividend | K | T | Buy | 08/19/15 | K | | |
| 91. SPDR S&P 500 ETF | A | Dividend | K | T | Buy | 11/24/15 | J | | |
| 92. SPDR S&P Bank ETF | A | Dividend | K | T | Buy | 06/09/15 | K | | |
| 93. Technology Select Sector | A | Dividend | K | T | Buy | 07/23/15 | K | | |
| 94. Advisorshares Trust ETF Accuvest Global Long | | None | | | Buy | 01/21/15 | K | | |
| 95. | | | | | Sold | 08/15/15 | K | | |
| 96. IShares MSCI Brazil ETF Brazil Capped | A | Dividend | | | Buy | 04/02/15 | J | | |
| 97. | | | | | Sold | 11/24/15 | J | A | |
| 98. IShares 2017 ETF Ibonds SEP 2017 AMT | A | Dividend | | | Buy | 07/31/13 | K | | |
| 99. | | | | | Sold | 02/18/15 | K | A | |
| 100. Egshares ETF India Infastructure | | None | | | Buy | 04/02/15 | K | | |
| 101. | | | | | Sold | 11/24/15 | K | | |
| 102. Nuveen Interim Duration Muni Bond I | A | Dividend | | | Buy | 01/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gordon, Andrew P. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 104. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 105. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 106. | | | | | Sold | 05/14/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 1 and 2 re Trust #1: I and my brother are co-trustees of a trust that has been segregated into four cash accounts, one for each of me and three of my siblings. The aggregate amount of those combined cash accounts is reflected in Column C(1). However, most of those funds are not in my separate account, which would be a Category K.

2) Part VII, lines 5, 6, 7, and 10 show assets I held in my retirement plan associated with my prior law firm. On March 13, 2015, I cloaed that account, sold those stocks, and reinvested the funds through the U.S. government's Thrift Savings Plan. I cannot determine whether I had gains or losses on the sales of those stocks, and the company that manages the plan (BMO Retirement Services) could not supply me with that information. Thus, I have left column D(4) blank.

3) Part VII, line 98 lists IShares 2017 ETF Ibonds SEP 2017 AMT. That asset was purchaed on 7/31/13, but the transaction was inadvertently omitted from that year's report. That asset was sold in 2015, so I am listing the purchase and sale transactions in this year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew P. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544